IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN LAMONT HOLMAN, #193826, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:14-CV-115-WHA |
| | ) |
| KENNETH JONES, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This cause is before the court on the Recommendation of the Magistrate Judge entered on February 21, 2017 (Doc. #90). There being no timely objection to the Recommendation, and after review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The plaintiff's motion to dismiss defendants Giles, Mason and Nettles is GRANTED.

2. The remaining defendants' Motion for Summary Judgment is GRANTED.

3. The medical claims are DISMISSED without prejudice.

4. The remaining claims are DISMISSED with prejudice.

5. Judgment is GRANTED in favor of the defendants.

6. Costs are taxed against the plaintiff.

7. Final Judgment will be entered in accordance with this order.

DONE this 10th day of April, 2017.

/s/   W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE